IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  06-3208 |
| | ) | |
| LINDA L. JONES, | ) | |
| CITY OF LINCOLN, & | ) | |
| CITIBANK (USA), N.A., | ) | |
| fka HURLEY STATE BANK, | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

The United States, on behalf of the United States Department of Agriculture, Rural Housing Service, has filed a Motion for Relief from Judgment and for Dismissal (d/e 21), in the above-entitled matter as it pertained to the property subject to foreclosure in this case.

The Motion represents that: (1) the subject property has been sold and the proceeds have been paid to USDA, Rural Development; (2) the Defendant has paid the costs of the suit in the amount of $430.00; (3) Defendant City of Lincoln filed an answer in this case.  The Sewerage

Revenue Lien filed by the City of Lincoln was full paid by Rural Development with proceeds from the sale; and (4) Rural Development has requested the foreclosure suit be dismissed.

THEREFORE, the Motion for Relief from Judgment and for Dismissal (d/e 21) is ALLOWED.  IT IS HEREBY ORDERED that the Judgment (d/e 19) is vacated and this case is dismissed.

IT IS THEREFORE SO ORDERED.

ENTER:  May 15, 2007.

FOR THE COURT:

s/ Jeanne E. Scott
JEANNE E. SCOTT
UNITED STATES DISTRICT JUDGE